IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALFRED MILTON RIVERA,         )
                              )
            Petitioner,       )
                              )
      v.                      )     1:06CV158
                              )
WARDEN T. O'BRIEN,            )
                              )
            Respondent.       )

### J U D G M E N T

On February 21, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed <u>sua sponte</u> without prejudice to petitioner filing a new petition which corrects the defects of the current petition, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

_____
United States District Judge

March 17, 2006